1  DAVID ELDER (SBN 171510)
   delder@housingrightscenter.org
2  JUDITH B. VASAN (SBN 278115)
3  JOEL MARRERO (SBN 275601)
   3255 Wilshire Boulevard, Suite 1150
4  Los Angeles, CA 90010
5  Tel.: (213) 387-8400 x1116
6  Fax: (213) 381-8555

7  ATTORNEYS FOR PLAINTIFF
8
9              IN THE UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
11

| | |
|---|---|
| SHARON SMITH, an individual | Case No.: CV12-06388-DDP (RZx) |
| Plaintiff, | Assigned to Courtroom: 3 |
| vs. | The Hon. Dean D. Pregerson |
| HAROLD POWDRILL and ZELMA POWDRILL, as individuals, | **JOINT STIPULATION TO REMOVE ACTION FROM ACTIVE CASELOAD** |
| Defendants. | |
| | Trial Date: January 21, 2014 |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendants have reached an out-of-court settlement and fully executed an agreement that will dispose of this matter.

The Parties request the Court retain jurisdiction for an additional 45 days for the Parties to fulfill the terms of the settlement agreement. Within 45 days, the Parties will file a Stipulation to Dismiss or submit a request for the Court to assist any party to enforce the terms and conditions of the settlement agreement.

1     The undersigned attorneys who have appeared in this case hereby
2 STIPULATE to the removal of the action from the active caseload.

5 SO STIPULATED:

7 Dated: 1/16/14

Respectfully Submitted,

_____
JUDITH B. VASAN
Attorney for Plaintiff

12 Dated: 1/16/2014

_____
KENNY TAN
ADAM HUSSEIN
Attorneys for Defendants