DAVID ELDER (SBN 171510)
delder@housingrightscenter.org
JUDITH B. VASAN (SBN 278115)
JOEL MARRERO (SBN 275601)
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90010
Tel.: (213) 387-8400 x1116
Fax: (213) 381-8555

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SHARON SMITH, an individual<br><br>Plaintiff,<br>vs.<br><br>HAROLD POWDRILL and ZELMA POWDRILL, as individuals,<br><br>Defendants. | Case No.: CV12-06388-DDP (RZx)<br><br>Assigned to Courtroom: 3<br>The Hon. Dean D. Pregerson<br><br>**JOINT STIPULATION TO DISMISS ACTION**<br><br>Trial Date: January 21, 2014 |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendants, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss the above-captioned case without prejudice. Parties have reached an out-of-court settlement.

The undersigned attorneys who have appeared in this case hereby STIPULATE to the dismissal without prejudice.

///

SO STIPULATED:

Dated: March 3, 2014

Respectfully Submitted,

JUDITH B. VASAN
Attorney for Plaintiff(s)

Dated:

KENNY TAN
ADAM HUSSEIN
Attorneys for Defendants

SO STIPULATED:

Dated:

Respectfully Submitted,

JUDITH B. VASAN
Attorney for Plaintiff

Dated: 3-3-2014

KENNY TAN
ADAM HUSSEIN
Attorneys for Defendants